AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Adelman, Lynn S. | Eastern District of Wisconsin | 05/01/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination    Date<br>☐ Initial  ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

517 E. Wisconsin Ave., Rm. 364
Milwaukee, WI 53202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 05/01/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | State of Wisconsin - Pension/Retirement | $16,336.36 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 05/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Exxon | A | Dividend | K | T | | | | | |
| 2. Nike | A | Dividend | K | T | | | | | |
| 3. Pfizer, Inc. | B | Dividend | L | T | | | | | |
| 4. Royal Dutch Pet. Co. | A | Dividend | J | T | | | | | |
| 5. Rental Property - Milwaukee, Wisconsin | E | Rent | N | S | | | | | |
| 6. Citizen's Bank of Mukwonago | A | Interest | K | T | | | | | |
| 7. Citizen's Bank of Mukwonago | A | Interest | K | T | | | | | |
| 8. Mutual Savings Bank | A | Interest | K | T | | | | | |
| 9. Citizen's Bank of Mukwonago | A | Interest | J | T | | | | | |
| 10. Johnson Bank (Y) | | | | | | | | | |
| 11. Mutual Savings Bank | A | Interest | K | T | | | | | |
| 12. Business - plant nursery | | None | J | W | | | | | |
| 13. Wells Fargo Mun. Fund WMFAX | B | Interest | L | T | | | | | |
| 14. Puerto Rico 5.0% | A | Interest | J | T | | | | | |
| 15. Eaton Vance Tax MGD ETTGX | C | Dividend | N | T | | | | | |
| 16. Eaton Vance Mut. FDTR EATVX | C | Dividend | O | T | | | | | |
| 17. Midcap SPDR | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Energizer Holdings ENR | A | Dividend | J | T | | | | | |
| 19. Alliance Bernstein Disc Value Fund ABASX | A | Dividend | L | T | | | | | |
| 20. Fidelity New Insight FD Class A FNIAX | E | Dividend | K | T | | | | | |
| 21. Fidelity New Insight Sep IRA (Y) | | | | | | | | | |
| 22. Mutual Discovery Sep IRA | A | Dividend | K | T | | | | | |
| 23. Henderson European Focus Fund A&B Class | A | Dividend | K | T | | | | | |
| 24. Montana State Brd Hs'g | A | Interest | J | T | | | | | |
| 25. Puerto Rico G/O Comwlth PUB | | None | | | Redeemed | 07/01/13 | K | | |
| 26. Orange County FL Hs'g Fin. Auth. | A | Interest | J | T | Redeemed (part) | 03/01/13 | J | | |
| 27. San Patricio TX Mun. Water Dist. | B | Interest | L | T | | | | | |
| 28. NY State Twy Auth. Hwy. | A | Interest | L | T | | | | | |
| 29. Puerto Rico Elec Power Auth. | C | Interest | L | T | | | | | |
| 30. Peoria AZ Impt Dist. | B | Interest | L | T | | | | | |
| 31. Bay County FL Sch. Bd. | B | Interest | L | T | | | | | |
| 32. FL Hs'g Fin. Corp. | A | Interest | K | T | Redeemed (part) | 07/01/13 | J | | |
| 33. Pimco Total Return PTTAX | A | Interest | K | T | | | | | |
| 34. Elan Corp. | B | Dividend | | | Sold | 07/29/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Henderson European Fund (Y) | | | | | | | | | |
| 36. RBC Money Market | A | Interest | K | T | | | | | |
| 37. RBC Money Market TRMXX | A | Interest | L | T | | | | | |
| 38. Gilead Sciences (GILD) | | None | K | T | | | | | |
| 39. W.P. Carey (WPC) | B | Dividend | K | T | | | | | |
| 40. Henderson (HFEBX) (Y) | | | | | | | | | |
| 41. Genessee Cty MI [redacted] | A | Interest | K | T | | | | | |
| 42. Pima Cty AZ CO BDS [redacted] | B | Interest | L | T | | | | | |
| 43. Puerto Rico Pub Bldg Auth [redacted] | B | Interest | K | T | | | | | |
| 44. Linn Energy (LINE) | B | Dividend | K | T | | | | | |
| 45. AB Global Bond Fund (ANAGX) | A | Interest | J | T | | | | | |
| 46. Seattle Wash Mun Lt & PWR REV [redacted] | | None | | | Sold | 08/01/13 | L | | |
| 47. Dallas TX Wtrwks & Swr Sys Rev [redacted] | B | Interest | | | Sold | 10/01/13 | K | | |
| 48. Harris Cnty Tex Ref-Perm Impt [redacted] | C | Interest | L | T | | | | | |
| 49. California ST Go Ref Bds Series [redacted] | B | Interest | K | T | | | | | |
| 50. Illiois St Toll Hwy Auth Toll [redacted] Ser 2006 | C | Interest | M | T | | | | | |
| 51. University Tex Univ Revs Fing [redacted] | [redacted] | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fayetteville Ark Sales & Use Tax | B | Interest | | | Sold | 01/17/13 | K | | |
| 53. University Tex Univ Revs Rev Ref | A | Interest | J | T | | | | | |
| 54. University Tex Univ Revs Fing | B | Interest | K | T | | | | | |
| 55. Minnesota St Go St. Various | B | Interest | K | T | | | | | |
| 56. Chicago Ill Go Dbs | B | Interest | | | Sold | 10/17/13 | K | | |
| 57. Washington St Var Purp Go Ref | A | Interest | K | T | | | | | |
| 58. Aldine Tex Indpt Sch Dist Sch | D | Interest | K | T | | | | | |
| 59. Florida St Ref Bds | B | Interest | K | T | | | | | |
| 60. Denver Colo City & Cnty Justice | A | Interest | J | T | | | | | |
| 61. Wisconsin St Go Bds Ser 2007C | B | Interest | K | T | | | | | |
| 62. North East Indpt Sch Dist Tex | C | Interest | L | T | | | | | |
| 63. Spring Branch Tex Indpt Sch Dist | B | Interest | K | T | | | | | |
| 64. Wisconsin St Go Ref Bds 2011 | A | Interest | K | T | | | | | |
| 65. Round Rock Tex Indpt Sch Dist G | D | Interest | J | T | Sold (part) | 05/14/13 | J | | |
| 66. Pierce Cnty Wash Sch Dist No 003 | A | Interest | J | T | | | | | |
| 67. Ohio State Go Ref Bds | B | Interest | K | T | | | | | |
| 68. University Colo Enterprise Sys | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. California St Go and Go | A | Interest | K | T | | | | | |
| 70. Richardson Tex Indpt Sch Dist | A | Interest | J | T | | | | | |
| 71. Keller Tex Indpt Sch Dist G O | B | Interest | K | T | | | | | |
| 72. Central Puget Sound Wash Regl Tran Auth | B | Interest | K | T | Buy | 10/04/13 | K | | |
| 73. Albuqerque Bernalillo Cnty Wtr | B | Interest | K | T | Buy | 09/19/13 | K | | |
| 74. Frisco Tex Indpt SchDist ULTD TAX SCH | B | Interest | L | T | Buy | 02/28/13 | K | | |
| 75. Cook Cnty ILL Sales Tax Rev Sales TAX | B | Interest | K | T | Buy | 10/23/13 | K | | |
| 76. Grant Cnty Wash Pub Util Dist No. 2 | C | Interest | L | T | Buy | 08/14/13 | L | | |
| 77. Deer Park Tex Indpt Sch Dist Ltd Tax Sch | B | Interest | L | T | Buy | 01/17/13 | L | | |
| 78. North Carolina St Univ N C Raleigh Rev | B | Interest | K | T | Buy | 02/13/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 05/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, line 5, rental property, is located in Milwaukee County and assessed by the City of Milwaukee, Wisconsin at $374,100 with a fair market value of $388,600.

Section VII, line 12, plant nursery [        ], had no net income during the reporting period.

Section VII, lines 36 and 37 are accounts with broker where dividends, proceeds of investments that matured, were redeemed or sold (as disclosed in the individual investment listings in this report) were deposited during the reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lynn S. Adelman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544